## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION AT LEXINGTON
## CASE NO. 5:21-cv-00051-JMH

SPENDTHRIFT STALLIONS, LLC, BEMAK, N.V.,
d/b/a ASHFORD STUD, and THREE CHIMNEYS FARM, LLC.                    PLAINTIFFS

v.

THE JOCKEY CLUB and JONATHAN RABINOWITZ, and
MARC GUILFOIL, IN THEIR CAPACITIES AS CHAIRMAN
AND EXECUTIVE DIRECTOR OF THE KENTUCKY HORSE
RACING COMMISSION.                                                    DEFENDANTS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The Plaintiffs, Spendthrift Stallions, LLC, Bemak, N.V., d/b/a Ashford Stud and Three Chimneys Farm, LLC and the Defendants, The Jockey Club and the Kentucky Horse Racing Commission, through counsel, hereby stipulate and agree that the Complaint in this case, and all claims asserted herein, shall be and the same are hereby dismissed without prejudice, with each side to bear its own costs and fees.

Respectfully submitted,

/s/ Barry D. Hunter
Barry D. Hunter
Medrith Lee Norman
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507
bhunter@fbtlaw.com
mnorman@fbtlaw.com

and

Matthew C. Blickensderfer (*Pro Hac Vice*)
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
mblickensderfer@fbtlaw.com
*Counsel for all Plaintiffs*

/s/ W. Craig Robertson (with permission)
W. Craig Robertson III, Esq.
Wyatt, Tarrant & Combs, LLP
250 West Main Street, Suite 1600
Lexington, KY 40507
wrobertson@wyattfirm.com
***Counsel for Spendthrift Stallions, LLC***

/s/ Steven B. Loy (with permission)
Steven B. Loy
W. Chapman Hopkins
Adam C. Reeves
Stoll Keenon Ogden PLLC
300 West Main Street, Suite 2100
Lexington, KY 40507
Steven.loy@skofirm.com
Chapman.hopkins@skofirm.com
Adam.reeves@skofirm.com

and

Edward D. Hassi
Leah S. Martin
Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Lexington, KY 40507
thassi@debevoise.com
lmartin@debevoise.com

and

Nelson O. Fitts
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
nofitts@wlrk.com
***Counsel for Defendant The Jockey Club***

/s/ Jennifer Wolsing (with permission)
Jennifer Wolsing
T. Chad Thompson
1063 Iron Works Pkwy., Bldg. B.
Lexington, KY 40511
Jennifer.wolsing@ky.gov
Chad.thompson@ky.gov
***Counsel for Defendant Kentucky Horse Racing Commission***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 30, 2022, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Barry D. Hunter*
***Counsel for all Plaintiffs***

BT05531.0725247   4854-6255-3369v1