```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF KENTUCKY
            CENTRAL DIVISION AT LEXINGTON
              CASE NO. 5:21-cv-00051-JMH
```

SPENDTHRIFT STALLIONS, LLC, BEMAK, N.V.,
d/b/a ASHFORD STUD,
and THREE CHIMNEYS FARM, LLC.                    PLAINTIFFS

v.

THE JOCKEY CLUB and JONATHAN RABINOWITZ, and
MARC GUILFOIL, IN THEIR CAPACITIES AS CHAIRMAN
AND EXECUTIVE DIRECTOR OF THE KENTUCKY HORSE
RACING COMMISSION.                               DEFENDANTS

\* \* \*

**ORDER**

This matter is before the Court on the Joint Stipulation of Dismissal Without Prejudice [DE 36] filed by the parties. The Plaintiffs, Spendthrift Stallions, LLC, Bemak, N.V., d/b/a Ashford Stud and Three Chimneys Farm, LLC and the Defendants, The Jockey Club and the Kentucky Horse Racing Commission, through counsel, agree that the Complaint in this case, and all claims asserted herein, should be dismissed without prejudice, with each side to bear its own costs and fees. In accordance with the parties' joint stipulation, it is **HEREBY ORDERED AS FOLLOWS:**

(1) The Complaint in this case, and claims asserted herein, shall be **DISMISSED WITHOUT PREJUDICE**, with each side to bear its own costs and fees.

(2)     The matter stricken from the Court's active docket.

This the 31st day of March, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge